**98–2556.  Ohio Edison v. Tracy.**
Board of Tax Appeals, No. 95–K–50. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint application for dismissal,
  IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
  ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
  COOK, J., not participating.

**98–2557.  Pennsylvania Power Co. v. Tracy.**
Board of Tax Appeals, No. 95–K–49. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint application for dismissal,
  IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
  ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
  COOK, J., not participating.

**99–2290.  State ex rel. Lehman v. Poulos.**
In Prohibition. On December 23, 1999, relator filed a document titled "Petition for Writ of Prohibition." S.Ct.Prac.R. IX(4) requires that an original action shall be instituted by the filing of a complaint containing a specific statement of facts upon which the claim for relief is based and supported by an affidavit of relator specifying the details of the claim. The affidavit attached to relator's "petition" does not attest to the details of the claim. Whereas relator has not met the requirements of S.Ct.Prac.R. IX(4) for instituting an original action,
  IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed.

*Tuesday, January 4, 2000*

## MISCELLANEOUS DISMISSALS

**99–1945.  State ex rel. Temporary Staffing, Inc. v. Conrad.**
Franklin App. No. 98AP–952. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
  IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
  ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–2039.  State ex rel. Cable v. Indus. Comm.**
Franklin App. No. 98AP–1300. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
  IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
  ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.